(114 So. 924)

J. J. LOVE v. Pauline SMITH, pro ami. (6 Div. 276.) Court of Appeals of Alabama.

Nov. 29, 1927.

C. B. Smith, Judge.

PER CURIAM. Appeal dismissed by consent of parties.